# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| PATRICIA SWARTZEL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) | 
| JOHNSON COUNTY COMMUNITY COLLEGE, | ) ) ) ) |
| Defendant. | ) |

Case No. 2:21-cv-02090-EFM-GEB

## AGREED ORDER FOR RELEASE OF
## KANSAS HUMAN RIGHTS COMMISSION RECORDS

NOW on this 20th day of October, 2021, upon agreement of the Parties in the above-referenced cause and for good cause shown, the Court hereby orders the Kansas Human Rights Commission ("KHRC") to release all records in its possession related to EEOC Charge No. 563-2019-01224 [KHRC Charge No. 41298-20] and EEOC Charge No. 563-2020-00507 filed by Plaintiff Patricia Swartzel including, but not limited to, any and all correspondence, notes, recordings, reports, investigative materials, and any and all other documents. It is understood that the KHRC may withhold materials deemed by the KHRC to be conciliatory or deliberative in nature or which are the work product of KHRC's legal staff.

IT IS SO ORDERED.

_[signature: Gwynne E. Birzer]_

GWYNNE E. BIRZER
U.S. MAGISTRATE JUDGE

47444326v.1